| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
June 29, 2020
David J. Bradley, Clerk

Janet Prim, et al., §
§
Plaintiffs, §
§
versus § Civil Action H-18-1774
§
Montgomery County, Texas, et al., §
§
Defendants. §
§

# Final Judgment

Janet Prim and Eric Prim take nothing from Montgomery County, Texas, Felicia Webb, Richard Stein, or Audrey Terrell.

Signed on June 29, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge